I, PETER D. COKER having
been presented with a copy of the
FELONY information, do hereby, in open Court,
waive my right to have the Court
appoint counsel for me; and, upon
arraignment, I do hereby enter a plea
of _____ guilty to the information FELONY
filed in this case.
Dated this 21ST day of SEPT, 20 18

DEFT.

X
CNSL.