IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | Case No. 18-CR-37-RGA |
| ) | |
| PETER COKER, ) | |
| ) | |
| Defendant. ) | |

## ORDER

Having considered the instant Motion **IT IS HEREBY ORDERED** this 26 day of September, 2019, that the sentencing in the above captioned case be continued until Monday, December 16th, 2019, at 10:30 am/pm.

_____
The Honorable Richard G. Andrews
United States District Court Judge



unsealed
2/13/2020