IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Criminal Action No. 18-37 (RGA) |
| | ) | |
| PETER COKER, | ) | ~~FILED UNDER SEAL~~ |
| | ) | unsealed 2/13/2020 |
| Defendant. | ) | CAB |

## MOTION FOR DETENTION PENDING REVOCATION HEARING

NOW COMES the United States of America, by and through its attorneys, David C. Weiss, United States Attorney, and Alexander Ibrahim, Assistant United States Attorney, and moves for the detention of the defendant, Peter Coker, pursuant to Federal Rule of Criminal Procedure 46(c) and 18 U.S.C. §§ 3143(a)(1) and 3148, pending a hearing on the violation of bail conditions petition. In support of the motion, the United States alleges there is no condition or combination of conditions of release that will assure that the Defendant will not flee or pose a danger to the safety of any other person or the community and that the Defendant is unlikely to abide by his conditions of release. 18 U.S.C. § 3148.

Respectfully submitted,

DAVID C. WEISS
United States Attorney

BY: /s/ Alexander P. Ibrahim
Alexander Ibrahim
Assistant United States Attorney

Date: October 1, 2019