UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) CASE NO. CR 18-37-RGA |
| | ) |
| PETER D. COKER | ) |
| | ) |
| Defendant. | ) |

## ORDER OF TEMPORARY DETENTION
## PENDING HEARING ON REVOCATION OF RELEASE

Upon motion of the Government, it is ORDERED that a Revocation Hearing

is set for **Thursday, October 3, 2019 at 1:00 p.m.** before the Honorable **Jennifer L. Hall**,

United States Magistrate Judge in Courtroom No. **2B,** Boggs Federal Building, 844 North

King Street, Wilmington, Delaware.

Pending this hearing, the defendant shall be held in custody by the United States

Marshal, or other custodial official (_____)

and produced for the hearing.

_October 1, 2019_____
          Date

The Honorable Jennifer L. Hall
UNITED STATES MAGISTRATE JUDGE



FILED

OCT 0 1 2019

US DISTRICT COURT
DISTRICT OF DELAWARE