IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| UNITED STATES OF AMERICA, | ) |
|---|---|
| v. | ) Cr. No. 18-37-RGA |
| PETER COKER | ) |

## ORDER

Having considered the government's Unopposed Motion to Partially Unseal and for the reasons set forth therein,

**IT IS HEREBY ORDERED** this __13__ day of __Feb__, 2020, that the docket sheet and the following docket items be unsealed:

| Date Filed | # | Docket Entry |
|---|---|---|
| 05/04/2018 | 1 | MOTION to Seal The Case File by USA as to Sealed Defendant |
| 05/04/2018 | 2 | FELONY INFORMATION |
| 06/27/2018 | 3 | ORDER SCHEDULING RULE 11 HEARING |
| 07/19/2018 | 4 | NOTICE OF ATTORNEY APPEARANCE |
| 09/19/2018 | 5 | ORDER SCHEDULING RULE 11 HEARING |
| 09/21/2018 | 6 | WAIVER OF INDICTMENT |
| 09/21/2018 | 7 | MEMORANDUM OF PLEA AGREEMENT |
| 09/21/2018 | 9 | ORDER Setting Conditions of Release |
| 09/21/2018 | 10 | ORDER SCHEDULING SENTENCING |
| 01/08/2019 | 12 | ORDER |
| 05/07/2019 | 14 | ORDER granting MOTION to Continue |
| 08/05/2019 | 16 | ORDER GRANTING MOTION to Continue |
| 09/26/2019 | 18 | ORDER GRANTING MOTION to Continue |
| 10/01/2019 | 19 | PETITION by U.S. Probation Office |
| 10/01/2019 | 20 | MOTION to Detain Pending Revocation Hearing |
| 10/01/2019 | 21 | ORDER OF TEMPORARY DETENTION |
| 10/07/2019 | 25 | ORDER Setting Conditions of Release |

| 12/02/2019 | 27 | ORDER GRANTING MOTION for Extension of Time to File |
|---|---|---|
| 12/09/2019 | 28 | SENTENCING MEMORANDUM by USA |

_____
The Honorable Richard G. Andrews
United States District Judge