IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| Plaintiff, | : |
| v. | : Criminal Action No.: 1:18-CR-37-RGA |
| PETER COKER, | : |
| Defendant. | : |

**ORDER**

Having considered Defendant's Motion to Seal, **IT IS HEREBY ORDERED** this __7th__ day of _____December_____, 2020, that Defendant's **Uncontested Motion to Waive Defendant Peter Coker's Presence and Participation at Re-Senencing** is GRANTED.

                                                  /s/ Richard G. Andrews
                                                  Judge Richard G. Andrews